```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 14369
   RUTH KOU
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4517


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/04/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
WACHOVIA MORTGAGE          CURRENT MORTG        .00            .00            .00
WACHOVIA MORTGAGE          MORTGAGE ARRE   10000.00            .00            .00
WORLD SAVINGS & LOAN       NOTICE ONLY     NOT FILED           .00            .00
WACHOVIA MORTGAGE          CURRENT MORTG        .00            .00            .00
WACHOVIA MORTGAGE          MORTGAGE ARRE   18000.00            .00            .00
AT & T                     UNSECURED       NOT FILED           .00            .00
CITIBANK USA               NOTICE ONLY     NOT FILED           .00            .00
BERTON N RING              UNSECURED       NOT FILED           .00            .00
LAKEVIEW ANESTHESIA        UNSECURED        1260.00            .00            .00
LAKEVIEW ANESTHESIA        NOTICE ONLY     NOT FILED           .00            .00
CIRCUIT COURT OF COOK CO   UNSECURED       NOT FILED           .00            .00
CITIBANK USA NA            UNSECURED        1050.80            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED         874.01            .00            .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED           .00            .00
HARRIS & HARRIS            UNSECURED       NOT FILED           .00            .00
ADVOCATE ILLINOIS MASONI   NOTICE ONLY     NOT FILED           .00            .00
ILLINOIS MASONIC MEDICAL   NOTICE ONLY     NOT FILED           .00            .00
UPTOWN ORTHOPEDIC SURGEO   UNSECURED       NOT FILED           .00            .00
UPTOWN ORTHOPEDIC SURGEO   UNSECURED       NOT FILED           .00            .00
UPTOWN ORTHOPEDIC SURGEO   NOTICE ONLY     NOT FILED           .00            .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED        1405.00            .00            .00
UPTOWN ORTHOPEDIC SURGEO   UNSECURED       NOT FILED           .00            .00
WELLINGTON RADIOLOGY       UNSECURED       NOT FILED           .00            .00
KCA FINANCIAL SERVICES     NOTICE ONLY     NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED           .00            .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED       NOT FILED           .00            .00
LINCOLN PARK CARDIOVASCU   UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        2652.37            .00            .00
RCN                        UNSECURED       NOT FILED           .00            .00
LVNV FUNDING               UNSECURED        3519.10            .00            .00
US CELLULAR                UNSECURED       NOT FILED           .00            .00
CARMEN FLORENCE            NOTICE ONLY     NOT FILED           .00            .00
LEDFORD & WU               DEBTOR ATTY     1,000.00                       1,000.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14369 RUTH KOU
```

```
TOM VAUGHN                TRUSTEE                                      77.59
DEBTOR REFUND             REFUND                                         .00

       Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                    1,077.59

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,000.00
TRUSTEE COMPENSATION                              77.59
DEBTOR REFUND                                       .00
                          ---------------   ---------------
TOTALS                     1,077.59            1,077.59
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/09/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE